FILED - LN
September 21, 2012 4:30 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_dfw_/_____ SCANNED BY: JG /12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Robert W. Gardner

1:12-cv-1018

_____ Plaintiff(s)     Case No. _____

vs.

Lou Anna Simon & Michigan State Univ
Board of Trustees

_____ Defendant(s)

**AFFIDAVIT OF FINANCIAL STATUS**

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I.  MARITAL STATUS:
    a. Single ____   Married X   Separated ____   Divorced ____
    b. Dependents: Spouse ____   Children, No. 2   Others, No. ____

II. RESIDENCE:
    Your address: Street  1625 Grovenburg Rd.
    City  Holt   State  MI   Zip Code  48842
    Telephone  517 694-1760

III. EMPLOYMENT:
    Are you now employed?   Yes X   No ____
    If now employed:  Name of Employer  Self - Farmer
    Address of Employer _____
    _____
    Employer's Telephone  517 694 1760

How long have you been employed by present employer? __2 yrs.__

Income: Monthly $ __-1000__ Weekly $ _____

What is your job? __Farmer__

Other Income __I claimed -15,000 income because of depreciation allowances last year.__

IV. FINANCIAL STATUS:

1. Owner of real property: Yes __X__ No __

   a. Description __1.2 acres — Home__

   b. Address __1625 Grovenburg Rd__

   c. In whose name __Robert Gardner__

   d. Estimated value __180,000__

   e. Total amount owed $ __200,000__ To whom __Wells Fargo Mortgage / Option One Credit U__

   f. Annual income from property __Ø__

2. Other property

   a. Automobile: Make __Dodge Durango__ Year __2000__

   b. In whose name registered __Mine__

   c. Present value of car $ __1000__

   d. Amount owed $ __Ø__

3. Cash on hand: $ __200.00__

   a. Cash in banks and savings and loan associations

   $ __200.00__

   b. Names and addresses of banks and associations
   __MSUFCU__
   __East Lansing, MI 48823__

4. Obligations:

   a. Monthly rental on house or apartment    $ _____

   b. Mortgage payments on house (monthly)    $ 1600⁰⁰

   c. Other debts:

   | To whom owed | Amount |
   |---|---|
   | Greenston Financial | $ 30,000 — all due in fall w/ crops |
   | Wells Fargo Mort | 180,000 |
   | Option One CU. | 30,000 |
   | Credit Card | 15,000 |
   | John Deere Credit | 8,000 |
   | MSFCU Credit Card | 2,500 |

   Total monthly payments on debts: $ 3000 + year end commitments
   — Not Monthly

5. Other information pertinent to your financial status:

   (Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

   Drought has hurt crops, waiting for Government offer of farm help to determine income.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 9/21/12         Signed: _____
                                    Plaintiff-Affiant