UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:12-cv-1018 Judge Maloney | March 5, 2013 | 9:37 AM - 10:04 AM | Grand Rapids, MI | Joseph G. Scoville |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Robert Gardner | Michigan State University Board of Trustees and Lou Anna Simon |

**APPEARANCES**

| Plaintiff: | Defendant: |
|---|---|
| Robert Gardner, pro per | Michael Kiley |
|  |  |

**WITNESSES**

_____ P D          _____ P D
_____ P D          _____ P D
_____ P D          _____ P D

**PROCEEDINGS**

**NATURE OF HEARING:**  Rule 16 Scheduling Conference; Case Management Order to issue

Recorded: Digital          Deputy Clerk: D. Hand