UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | | |
|---|---|---|
| ROBERT GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-1018 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| MICHIGAN STATE UNIVERSITY, et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed two motions to compel compliance with subpoenas duces tecum served on non-parties Victor Christiansen and Troy Clay.  (docket #s 29, 32).  A hearing on the motions will be conducted on **Mon., June 10, 2013, at 2:00 p.m.**, Courtroom 740, Ford Federal Building, Grand Rapids, Michigan.  Plaintiff is directed to serve a copy of this order on all subpoenaed parties and file a proof of service disclosing the name and address of the person served.


DONE AND ORDERED this 1st day of May, 2013.


/s/  Joseph G. Scoville
United States Magistrate Judge