UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

GARDNER, ROBERT,

        Plaintiff,

v.

BOARD OF TRUSTEES OF
MICHIGAN STATE UNIVERSITY,
and LOU ANNA K. SIMON,

        Defendants.

Case No. 1:12-cv-01018

Hon. Joseph G. Scoville
Magistrate Judge

---

Robert Gardner
Pro Se
1625 Grovernburg Rd.
Holt, MI 48842

Michael J. Kiley (P26387)
Attorney for Defendants
426 Auditorium Rd., Room 494
East Lansing, MI 48824
(517) 353-3530
kiley@msu.edu
                              /

## DEFENDANTS' MEMORANDUM REGARDING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OF NONPARTY THE BUREAU OF INDIAN AFFAIRS

In the introductory paragraph to his Memorandum supporting Plaintiff's Motion to Compel Compliance with Subpoena *Duces Tecum* directed at the Bureau of Indian Affairs (ECF 29), styled as "The Overall Claim", Plaintiff states:

> Plaintiff alleges [Defendants] also interfered with a research contract he and his MSU Ph.D. supervising professor, James Oehmke, had with the Pokagon Tribe and Bureau of Indian Affairs that was to enhance [Plaintiff's] Ph.D. endeavors and help the Pokagon people.

Memorandum, p. 1 (ECF 30). Plaintiff did not produce any such contract in his response to Defendants' document discovery requests. Former faculty member James Oehmke retired from Michigan State University ("MSU") years ago. Affidavit of Steven D. Hanson, Ph.D., Exhibit 1. Dr. Oehmke is not supervising any MSU doctoral committee, nor signing contracts for MSU. *Id.* Plaintiff last engaged in doctoral studies in MSU's Department of Agricultural Economics, now the Department of Agriculture, Food and Resources Economics, in 1998. *Id.*

Plaintiff ought not be granted judicial aid when the predicate for his request entails self-aggrandizing misstatements that are not reasonably taken to be accidental in character.

Respectfully submitted,

Dated: May 1, 2013

Michael J. Kiley
Attorney for Defendants

## AFFIDAVIT OF STEVEN D. HANSON, PH.D.

Steven D. Hanson, Ph.D., first duly sworn, states as follows:

1. I reside in Clinton County, Michigan, and I am a faculty member at Michigan State University where I serve as Chairperson of the Department of Agricultural, Food and Economic Resources, formerly the Department of Agricultural Economics, within MSU's College of Agriculture and Natural Resources.

2. Robert Gardner was a graduate student in the department until his participation was terminated in 1998, and he has not been readmitted to graduate study in the department.

3. James Oehmke, Ph.D., was a faculty member with an appointment in my department; he applied for retirement in December, 2007 and his active faculty status within the department ended in 2008.

4. Individual faculty are not authorized to enter into contracts on MSU's behalf.

5. These statements are true, based on my personal knowledge and belief, and I am competent to so testify in a court of law.

_____
Steven D. Hanson

Signed and subscribed to before
me this 1st day of May, 2013.

_____
Michael J. Kiley
Notary Public, Ingham County
My commission expires: November 22, 2014