UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| ROBERT GARDNER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-1018 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| MICHIGAN STATE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ENFORCING SUBPOENA**

This matter came before the court for hearing on plaintiff's motion to compel compliance with a subpoena duces tecum served on Victor Christiansen of the Bureau of Indian Affairs. Counsel for the subpoenaed party has not appeared, nor has any objection or motion to quash been lodged with regard to the subpoena. Plaintiff has certified to the court that he has notified counsel for the subpoenaed party of the date and time of the hearing. In the absence of any objection by Victor Christiansen, the court concludes that the subpoena should be enforced. Accordingly:

IT IS ORDERED that Victor Christiansen, Senior Policy Analyst for the Bureau of Indian Affairs, be and hereby is ORDERED to comply with the subpoena duces tecum served on him by plaintiff dated March 15, 2013, upon penalty of contempt of court. All subpoenaed documents must be supplied to plaintiff no later than **June 21, 2013**.

IT IS FURTHER ORDERED that plaintiff must serve a copy of this order on Victor Christiansen at his last known business address and on Robert Hall, counsel for the deponent.

DONE AND ORDERED this 10th day of June, 2013.

/s/  Joseph G. Scoville
United States Magistrate Judge