UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT GARDNER,<br>    Plaintiff,<br><br>-v-<br><br>MICHIGAN STATE UNIVERSITY BOARD,<br>    OF TRUSTEES and<br>LOU ANNA SIMON,<br>    Defendants. | No. 1:12-cv-1018<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed all pending claims, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 11, 2014            /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge